JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONRAD JESS ZAPIEN, ) | CASE NO. CV 94-1455WDK |
| ) | |
| Petitioner, ) | **DEATH PENALTY CASE** |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| JEANNE WOODFORD, Warden of ) California State Prison at ) San Quentin, ) | |
| ) | |
| Respondent. ) | |

IT IS HEREBY ADJUDGED that the amended petition for writ of habeas corpus by a person in state custody under a sentence of death is DENIED WITH PREJUDICE, and JUDGMENT IS ENTERED in favor of respondent and against petitioner.

IT IS SO ORDERED.

Dated: September 15, 2009.

_____
William D. Keller
UNITED STATES DISTRICT JUDGE